# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD ISOM, on behalf of himself individually and all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>TRANE TECHNOLOGIES PLC, TRANE U.S. INC., MITSUBISHI ELECTRIC TRANE HVAC US LLC, LENNOX INTERNATIONAL INC., LENNOX INDUSTRIES INC., ALLIED AIR ENTERPRISES LLC, CARRIER GLOBAL CORP., VIESSMANN MANUFACTURING CO. (U.S.) INC., RHEEM MANUFACTURING CO., HEAT TRANSFER PRODUCTS GROUP, LLC, DAIKIN INDUSTRIES, LTD., DAIKIN COMFORT TECHNOLOGIES NORTH AMERICA, INC., DAIKIN APPLIED AMERICAS INC., GOODMAN DISTRIBUTION INC., THERMAL-NETICS, LLC, ROBERT BOSCH LLC, ROBERT BOSCH GMBH, JC RESIDENTIAL AND LIGHT COMMERCIAL LLC, JOHNSON CONTROLS-HITACHI AIR CONDITIONING NORTH AMERICA LLC, AAON, INC., AAON, INC., AAON COIL PRODUCTS, INC., and BASX, INC,<br><br>      Defendants. | Case No. 2:26-cv-11294-SKD-APP<br><br>Hon. Susan K. DeClercq<br><br><br>**NOTICE OF STIPULATION AND [PROPOSED] ORDER REGARDING RELATEDNESS, PRETRIAL CONSOLIDATION, PLAINTIFF LEADERSHIP MOTIONS, DEFENDANTS' RESPONSES TO THE COMPLAINTS, AND DISCOVERY STAY** |

## NOTICE OF STIPULATION AND [PROPOSED] ORDER REGARDING RELATEDNESS, PRETRIAL CONSOLIDATION, PLAINTIFF LEADERSHIP MOTIONS, DEFENDANTS' RESPONSES TO THE COMPLAINTS, AND DISCOVERY STAY

Please take notice that the Parties in the action *In Re HVAC Equipment Antitrust Litigation*, No. 2:26-cv-10949-SKD-EAS, as well as the Parties in the above-captioned matter, have filed a Stipulation and [Proposed] Order Regarding Relatedness, Pretrial Consolidation, Plaintiff Leadership Motions, Defendants' Responses to the Complaints, and Discovery Stay ("Stipulation") which requests the Court to, among other requests, consolidate the cases along with the following actions *Precision Plumbing, Electric, Heating & Cooling Inc. v. Robert Bosch LLC, et al.*, No. 2:26-cv-11316-SKD-EAS; *Reliable AC Services LLC v. Trane Technologies plc, et al.*, No. 2:26-cv-11434; *Safford's Heating, Cooling, and Refrigeration v. Robert Bosch, LLC, et al.*, No. 2:26-cv-11341-SKD-APP; and all subsequently-filed cases on behalf of direct or indirect purchasers of HVAC equipment from Defendants and their alleged co-conspirators involving common questions of law and fact, including the above captioned case. The Stipulation is attached as Exhibit 1 to this Notice.

Defendants participate in this Notice without prejudice to any defense or objection any may have, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, arbitration, class waivers, or venue.

DATED: May 5, 2026                    Respectfully Submitted,

/s/ Paul F. Novak
Paul F. Novak (P39524)                Patrick Coughlin
Diana Gjonaj (P74637)                 (*admission forthcoming*)
Michael P. Piggins (P81240)           Carmen Medici
**WEITZ & LUXENBERG P.C.**            **SCOTT+SCOTT**
The Fisher Building                   **ATTORNEYS AT LAW LLP**
3011 W. Grand Boulevard, Floor 24     600 W. Broadway, Suite 3300
Detroit, MI 48202                     San Diego, CA 92101
Telephone: (313) 800-4170             Telephone: (619) 798-5325
pnovak@weitzlux.com                   Facsimile: (619) 233-0508
mpiggins@weitzlux.com                 pcoughlin@scott-scott.com
                                      cmedici@scott-scott.com

Christopher Burke
(*admission forthcoming*)             Karin E. Garvey
Yifan (Kate) Lv                       Fatima Brizuela
(*admission forthcoming*)             **SCOTT+SCOTT**
**BURKE LLP**                         **ATTORNEYS AT LAW LLP**
402 West Broadway, Suite 1890         The Helmsley Building
San Diego, CA 92101                   230 Park Avenue, 24th Floor
Telephone: (619) 369-8244             New York, NY 10169
cburke@burke.law                      Telephone: (212) 223-6444
klv@burke.law                         Facsimile: (212) 223-6443
                                      kgarvey@scott-scott.com
                                      fbrizuela@scott-scott.com
Patrick McGahan
Michael Srodoski
**SCOTT+SCOTT**                       *Attorneys for Plaintiff*
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

3

[AMERICAWORK 450430158_1]

/s/ Dylan I. Ballard
Michael W. Scarborough
Dylan I. Ballard
**VINSON & ELKINS LLP**
555 Mission St., Ste. 2000
San Francisco, CA 94105
Tel.: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
**VINSON & ELKINS LLP**
2000 Pennsylvania Ave., Ste. 500 W.
Washington, DC 20037
Tel.: (202) 639-6500
cseebald@velaw.com

Max A. Aidenbaum (P78793)
L. Pahl Zinn (P57516)
**DICKINSON WRIGHT PLLC**
500 Woodward Ave., Ste. 4000
Detroit, MI  48226
Tel.: (313) 223-3500
maidenbaum@dickinsonwright.com
pzinn@dickinsonwright.com

*Counsel for AAON, Inc. (Nevada),
AAON, Inc. (Oklahoma), AAON Coil
Products, Inc., and BASX, Inc.*

/s/ K. Winn Allen
K. Winn Allen
Leah A. Hamlin
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.

/s/ Mark H. Hamer
Mark H. Hamer
Mark G. Weiss
**BAKER MCKENZIE LLP**
815 Connecticut Ave. N.W.
Washington, DC 20006
Tel.: (202) 452-7000
mark.hamer@bakermckenzie.com
mark.weiss@bakermckenzie.com

Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave.
Bloomfield Hills, MI 48304
Tel.: (248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 S. State St., Ste. 400
Ann Arbor, MI 48104
Tel.: (734) 214-7660
crockey@dykema.com

*Counsel for Robert Bosch LLC;
Robert Bosch GmbH; JC Residential
and Light Commercial LLC; and
Johnson Controls-Hitachi Air
Conditioning North America LLC*

/s/ Brian Byrne
Brian Byrne
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
1841 Page Mill Road

4

[AMERICAWORK 450430158_1]

Washington, DC 20004
Tel.: (202) 389-5000
winn.allen@kirkland.com
leah.hamlin@kirkland.com

Devin S. Anderson
**KIRKLAND & ELLIS LLP**
95 State St.
Salt Lake City, UT 84111
Tel.: (801) 877-8100
devin.anderson@kirkland.com

Andrew C. Goetz (P71410)
**MILLER JOHNSON**
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
Tel.: (313) 435-2292
goetza@millerjohnson.com

*Counsel for Carrier Global Corp. and Viessmann Manufacturing Co. (U.S.), Inc.*

 /s/ James H. Weingarten
James H. Weingarten
Anastasia Pastan
**MILBANK LLP**
1101 New York Ave. N.W.
Washington, DC 20005
Tel.: (202) 835-7500
jweingarten@milbank.com
apastan@milbank.com

David A. Ettinger
**HONIGMAN LLP**
660 Woodward Ave., Ste. 2290
Detroit, MI 48226
Tel.: (313) 465-7368

Palo Alto, CA 94304
Tel.: (650) 815-4110
bbyrne@cgsh.com

C. Lawrence Malm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel.: (202) 974-1500
lmalm@cgsh.com

Perrin Rynders (P38221)
**VARNUM LLP**
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0355
Tel.: (616) 336-6000
prynders@varnumlaw.com

Mark J. Chasteen (P81936)
**VARNUM LLP**
101 N. Main St., Ste. 525
Ann Arbor, MI 48104
Tel.: (734) 372-2900
mjchasteen@varnumlaw.com

*Counsel for Daikin Industries, Ltd.; Daikin Comfort Technologies North America, Inc.; Daikin Applied Americas Inc.; ThermalNetics, LLC; and Daikin Comfort Technologies Distribution, Inc f/k/a Goodman Distribution Inc.*

Colleen M. Lauerman
Jeffrey T. Green
**GREEN LAUERMAN CHARTERED PLLC**

5

[AMERICAWORK 450430158_1]

dettinger@honigman.com

*Counsel for Lennox International, Inc., Lennox Industries Inc., and Allied Air Enterprises LLC*


Michael E. Martínez
Lauren Norris Donahue
**K&L GATES LLP**
70 W. Madison St., Ste. 3300
Chicago, IL 60602
Tel.: (312) 372-1121
michael.martinez@klgates.com
lauren.donahue@klgates.com


*/s/ Michael Brady*
Michael Brady
**WARNER NORCROSS + JUDD LLP**
2715 Woodward Ave., Ste. 300
Detroit, MI 48201
Tel.: (313) 546-6000
mbrady@wnj.com

*Counsel for Rheem Manufacturing Company and Heat Transfer Products Group, LLC*

1050 30th St NW
Washington, DC 20007
Tel.: (202) 213-9795
colleen@glclaw.net


*/s/ Mitchell S. Zajac*
Mitchell Zajac
**Butzel Long**
150 W. Jefferson Avenue Suite 100
Detroit, MI 48226
Tel: (313) 225-7000
zajac@butzel.com

*Counsel for Mitsubishi Electric Trane HVAC US*


*/s/ David Marriott*
David Marriott (admitted, E.D. Mich.)
**LATHAM & WATKINS LLP**
1271 Ave. of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
david.marriott@lw.com

*Counsel for Trane U.S. Inc. and Trane Technologies plc*

[AMERICAWORK 450430158_1]

## CERTIFICATE OF SERVICE

I hereby certify that on May 5th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Paul F. Novak
Paul F. Novak (P39524)
The Fisher Building
3011 W. Grand Boulevard, Floor 24
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com

[AMERICAWORK 450430158_1]