# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUSKY HEATING & COOLING, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH LLC, ROBERT BOSCH GMBH, JC RESIDENTIAL AND LIGHT COMMERCIAL LLC, JOHNSON CONTROLS HITACHI AIR CONDITIONING NORTH AMERICA LLC, TRANE TECHNOLOGIES PLC, TRANE U.S. INC., MITSUBISHI ELECTRIC TRANE HVAC US, CARRIER GLOBAL CORP., VIESSMANN MANUFACTURING CO. (U.S.), INC., DAIKIN INDUSTRIES, LTD., DAIKIN COMFORT TECHNOLOGIES NORTH AMERICA, DAIKIN APPLIED AMERICAS, THERMALNETICS, LLC, LENNOX INTERNATIONAL, INC., LENNOX INDUSTRIES INC., ALLIED AIR ENTERPRISES LLC, RHEEM MANUFACTURING CO., HEAT TRANSFER PRODUCTS GROUP, LLC, AAON, INC., a Nevada Corporation, AAON, INC., an Oklahoma Corporation, AAON COIL PRODUCTS, INC., and BASX, INC.,<br><br>Defendants. | Case No. 26-CV-11565<br><br>Hon. Susan K. DeClercq<br>Mag. Anthony P. Patti<br><br><br>**NOTICE OF PLAINTIFF HUSKY HEATING & COOLING, LLC'S MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND LIAISON COUNSEL FOR <u>DIRECT PURCHASER CLASS</u>** |

| | |
|---|---|
| RICHARD ISOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH, LLC, et al.<br><br>Defendants. | Case No. 26-CV-11294<br><br>Hon. Susan K. DeClercq<br>Mag. Anthony P. Patti |
| PRECISION PLUMBING, ELECTRIC, HEATING & COOLING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH, LLC, et al.<br><br>Defendants. | Case No. 26-CV-11316<br><br>Hon. Susan K. DeClercq<br>Mag. Anthony P. Patti |
| RELIABLE AC SERVICES LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANE TECHNOLOGIES PLC, et al.<br><br>Defendants. | Case No. 26-CV-11434<br><br>Hon. Susan K. DeClercq<br>Mag. Anthony P. Patti |

Please take notice that Plaintiff in the action *Husky Heating & Cooling, LLC v. Robert Bosch, LLC, et al.,* Case No. 2:26-cv-11565, has filed a Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel and Liaison Counsel for Direct Purchaser Class pursuant to Federal Rule of Civil Procedure 42(a)(2) and E.D. Mich. LR 42.1, and Federal Rule of Civil Procedure 23(g)(3) ("Motion") which requests the Court enter an Order (1) consolidating or otherwise coordinating all existing and subsequently-filed cases on behalf of proposed classes of direct purchasers of HVAC equipment from Defendants and their alleged co-conspirators for resale ("Direct Purchaser Plaintiffs") involving common questions of law and fact, including the above captioned cases ("Direct Purchaser Actions"), and subject those cases to this proposed class leadership structure; and (2) appointing the firms of Justice Jagher London & Millen LLC and Tostrud Law Group, PC as Interim Co-Lead Class Counsel, and Fink Bressack PLLC as Liaison Counsel for the Direct Purchaser Plaintiffs (together, "Interim Class Counsel"). In support of this Motion, Plaintiff relies on the accompanying Brief and the Declarations of Kimberly A. Justice, Jon Tostrud, and Nathan J. Fink, including the exhibits referenced therein.  The Motion and all supporting documents are attached as **Exhibit 1** to this Notice.

Pursuant to E.D. Mich. LR 7.1(a), counsel for Plaintiff emailed counsel for Defendants requesting concurrence in the relief sought. At the time of filing, all counsel for Defendants had not yet responded to the request.

Counsel for Plaintiff emailed counsel for other direct purchaser plaintiffs requesting concurrence in the relief. At the time of filing, counsel for other direct purchaser plaintiffs had not yet responded.

Date: May 12, 2026

Respectfully Submitted,

By:   */s/ Nathan Fink*
Nathan J. Fink (P75185)
**FINK BRESSACK PLLC**
38500 Woodward Avenue, Ste 350
Bloomfield Hills, MI 48304
248-971-2500
nfink@finkbressack.com

Kimberly A. Justice
**JUSTICE JAGHER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (484) 243-6335
kjustice@jjlmlaw.com

William H. London
Michael E. Moskovitz
Samantha M. Gupta
Kara Smith
**JUSTICE JAGHER LONDON
& MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
wlondon@jjlmlaw.com
mmoskovitz@jjlmlaw.com
sgupta@jjlmlaw.com
ksmith@jjlmlaw.com

Jon A. Tostrud
Anthony M. Carter
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

Erik H. Langeland
**ERIK H. LANGELAND, P.C.**
733 Third Avenue, 16th Floor
New York, NY. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

*Counsel for Plaintiff and the Proposed Class*